

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL NO. 4:11cr104 |
| v. | ) | |
| | ) | 21 U.S.C. §§ 846 and 841(a)(1) |
| SHAWN J. ANDREWS | ) | Conspiracy to Possess with Intent to |
| a/k/a "H Block" | ) | Distribute and Distribute Cocaine |
| (Counts 1-9, 13, 14) | ) | and Cocaine Base |
| | ) | (Count 1) |
| ANTONIO HINTON, JR. | ) | |
| a/k/a/ "Black" | ) | |
| (Counts 1, 10, 13) | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) |
| | ) | Distribution of Cocaine |
| DEMONTRE A. MORGAN | ) | (Counts 2-5, 7-10) |
| (Counts 1, 13) | ) | |
| | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) and (C) |
| SAMMIE L. ROYAL | ) | Possession with Intent to Distribute Cocaine |
| (Counts 1, 11, 13) | ) | (Count 6, 11, 12) |
| | ) | |
| JOSEPH J. DORSEY | ) | 18 U.S.C. 1956(h) |
| (Counts 1, 13) | ) | Conspiracy to Launder Money |
| | ) | (Count 13) |
| GEORGE D. DORSEY | ) | |
| (Counts 1, 13 ) | ) | 18 U.S.C. §§ 1956(a)(1)(A)(i) and(B)(i) |
| | ) | Money Laundering |
| CHRISTOPHER A. EASLEY | ) | (Count 14) |
| (Counts 1, 12, 13) | ) | |
| | ) | 21 U.S.C. § 853 |
| OSCAR GONZALEZ | ) | Forfeiture |
| (Count 1) | ) | |
| | ) | |
| MICHAEL A. ALICEA | ) | |
| (Count 1) | ) | |

<u>SECOND SUPERSEDING INDICTMENT</u>

MARCH 2012 Term - At Newport News. Virginia

<u>COUNT ONE</u>

THE GRAND JURY CHARGES THAT:

Beginning at in or about January 1, 2002, the exact date being unknown to the Grand Jury,

up until the date of this indictment, in the Eastern District of Virginia and elsewhere,  SHAWN J.

ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR.,  a/k/a/ "Black", DEMONTRE A.

MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR

GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA, the defendants herein,

and others, known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally

combine, conspire, confederate and agree together with each other and with other persons known and

unknown to the Grand Jury to commit the following offenses against the United States:

1. To knowingly, intentionally and unlawfully possess with intent to distribute more than

5 kilograms of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

2. To knowingly, intentionally and unlawfully distribute more than 5 kilograms of cocaine,

a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A)(ii).

3. To knowingly, intentionally and unlawfully possess with intent to distribute  more than

280 grams of cocaine base, commonly known as "crack," a Schedule II narcotic controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

4. To knowingly, intentionally and unlawfully distribute more than 280 grams of cocaine

base, commonly known as "crack," a Schedule II narcotic controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## WAYS, MANNER AND MEANS OF THE CONSPIRACY

The primary purpose of the conspiracy was to make money through the possession and distribution of cocaine, cocaine base commonly called "crack" and marijuana in the Hampton Roads area, within the Eastern District of Virginia. The ways, manner and means by which the defendants and co-conspirators carried out the purposes of the conspiracy include but are not limited to the following:

1. It was part of the conspiracy that defendants, SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA would and did play different roles in the conspiracy, taking upon themselves different tasks and participating in the affairs of the conspiracy through various criminal acts. Some of the roles which the defendants and co-conspirators assumed and carried out included, among others; organizer, manager, distributor, packager, supplier and facilitator.

2. It was further a part of the conspiracy that defendants, SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA were engaged in the unlawful business of possessing with intent to distribute and distributing powder cocaine, cocaine base commonly called "crack" and marijuana in the cities of Newport News and Hampton in the Eastern District of Virginia in order to make money through their illegal drug dealing.

3. It was further part of the conspiracy that defendants, SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L.

3

ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA would and did derive substantial gross receipts from their unlawful activities.

4. It was further part of the conspiracy that defendants  SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA  would and did distribute cocaine and cocaine base commonly called "crack" to co-conspirators known and unknown to the Grand Jury in the Cities of Newport News and Hampton in the Eastern District of Virginia.

5. It was further part of the conspiracy that defendants, SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA  and other co-conspirators, personally possessed and distributed powder cocaine, and possessed and distributed cocaine base, commonly known as "crack" often at pre-arranged locations in the cities of Hampton and Newport News, in the Eastern District of Virginia.

6. It was further part of the conspiracy, that defendants SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA  communicated through telecommunications devices subscribed in nominee names to conceal and disguise the true user of the telecommunications devices and to facilitate the objectives of the conspiracy.

7. It was further part of the conspiracy, that defendants  SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR.,  a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY,  OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA used  various vehicles to transport narcotics, often from Texas,  and to meet with other co-conspirators for the purpose of receiving and distributing cocaine and cocaine base.

8. It was further part of the conspiracy that defendants  SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR.,  a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY,  OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA  purchased and knowingly used vehicles titled in the names of nominee owners  to conceal and disguise the ownership of the vehicles and to thereby facilitate the objectives of the conspiracy.

## OVERT ACTS

In furtherance of the conspiracy and to bring about the objects and goals of the conspiracy, that defendants   SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR.,  a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and MICHAEL A. ALICEA and other unindicted co-conspirators committed overt acts in the Eastern District of Virginia, and elsewhere, including but not limited to the following:

1.      In or about November 2002, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, distributed a quarter ounce of "crack" cocaine to a co-conspirator known to the Grand Jury.

2.     In or about January 2003, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, distributed a quarter ounce of "crack" cocaine to a co-conspirator known to the Grand Jury.

3.     In or about late 2005, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS received from a co-conspirator four ounces, seven grams of cocaine for redistribution.

4.     In or about February 2006, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, distributed  an ounce of "crack" cocaine to a co-conspirator known to the Grand Jury.

5.     In or about March 2006 , the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, distributed  an ounce of "crack" cocaine to a co-conspirator known to the Grand Jury.

6.     In or about the summer of 2005, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold three ounces of "crack" cocaine to a co-conspirator known to the Grand Jury.

7.     In or about the summer of 2005, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold  four and one-half ounces of cocaine to a co-conspirator known to the Grand Jury.

8.     In or about early 2006, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold nine ounces of cocaine to a co-conspirator known to the Grand Jury.

9.     In or about late 2005, the exact date being unknown to the Grand Jury, in Hampton,

6

Virginia, SHAWN J. ANDREWS, sold two ounces of "crack" cocaine to a co-conspirator known to the Grand Jury.

10.     In or about early summer of 2005, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold four and one half ounces of cocaine to a co-conspirator known to the Grand Jury.

11.     In or about the fall of 2005, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold nine ounces of cocaine to a co-conspirator known to the Grand Jury.

12.     In or about late 2005, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS,  sold to a co-conspirator four and one-half ounces of crack cocaine.

13.     In or about late December 2005, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS received from a co-conspirator one-half kilogram of cocaine for redistribution.

14.     In or about early 2006, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black," received from a co-conspirator a kilogram of cocaine for redistribution.

15.     In or about January 2006, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SAMMIE L. ROYAL , sold four and one-half ounces of cocaine to a co-conspirator known to the Grand Jury.

16.     In or about March 2006, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SAMMIE L. ROYAL , sold four and one-half ounces of cocaine to a co-

conspirator known to the Grand Jury.

17.    In or about the summer of 2006, the exact date being unknown to the Grand Jury, in Hampton, Virginia, ANTONIO HINTON, JR. received from a co-conspirator a kilogram of cocaine for redistribution.

18.    In or about July 2006, the exact date being unknown to the Grand Jury, in Newport News, Virginia, DEMONTRE A. MORGAN , sold one kilogram of cocaine to a co-conspirator known to the Grand Jury.

19.    In or about August  2006, the exact date being unknown to the Grand Jury, in Newport News, Virginia, DEMONTRE A. MORGAN , sold two kilogram of cocaine to a co-conspirator known to the Grand Jury.

20.    In or about September 2006, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SAMMIE L. ROYAL , sold nine ounces of cocaine base to a co-conspirator known to the Grand Jury.

21.    On or about December 19,  2006, the exact date being unknown to the Grand Jury, in Georgia two co-conspirators were arrested with 24 kilograms of cocaine destined for distribution in the  Hampton Roads  area..

22.    In or about the summer of 2007, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold four and one-half ounces of cocaine to a co-conspirator known to the Grand Jury.

23.    In or about the summer of 2007, the exact date being unknown to the Grand Jury in Hampton, Virginia, SHAWN J. ANDREWS, distributed 18 ounces of crack cocaine.

8

24.     In or about July 2007, the exact date being unknown to the Grand Jury, GEORGE DORSEY sent $2,000 via Western Union to a to a co-conspirator known to the Grand Jury.

25.     In or about July 2007, the exact date being unknown to the Grand Jury, CHRISTOPHER A. EASLEY deposited $29,000 via into a bank account in Newport News, Virginia.

26.     In or about the fall of 2007, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold nine ounces of cocaine to a co-conspirator known to the Grand Jury.

27.     In or about October of 2007, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SAMMIE L. ROYAL, possessed with intent to distribute 1/2 kilogram of cocaine.

28.     In or about the summer of 2008, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold one-half kilogram of cocaine to a co-conspirator known to the Grand Jury.

29.     In or about the summer of 2008, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold nine ounces of cocaine to a co-conspirator known to the Grand Jury.

30.     In or about the July of 2008, the exact date being unknown to the Grand Jury, GEORGE D. DORSEY and JOSEPH J. DORSEY were found in possession of $28, 160.00 in United States Currency.

31.     In or about the Fall of 2008, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SAMMIE L. ROYAL, distributed nine ounces of cocaine.

32.     In or about early 2009,  the exact date being unknown to the Grand Jury, at a

9

laundromat on Mercury Boulevard in Hampton, Virginia, SHAWN J. ANDREWS, sold eighteen ounces of powder cocaine to a co-conspirator for $19,750 to a co-conspirator known to the Grand Jury.

33.    In or about February 2009, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold one-half kilogram of cocaine to a co-conspirator known to the Grand Jury.

34.    In or about February 2009, the exact date being unknown to the Grand Jury, at the parking lot of Grand Furniture on Mercury Boulevard in Hampton, Virginia, SHAWN J. ANDREWS, sold eighteen ounces of cocaine for $19,750 to a co-conspirator known to the Grand Jury.

35.    In or about June or July, 2009, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold one-half kilogram of cocaine to a co-conspirator known to the Grand Jury.

36.    In or about October 2009, the exact date being unknown to the Grand Jury, in Virginia Beach, Virginia, SHAWN J. ANDREWS, possessed with the intent to distribute six kilograms of cocaine.

37.    In or about January 2010, the exact date being unknown to the Grand Jury, CHRISTOPHER A. EASLEY withdrew $24,000 from a bank account while in Newport News, Virginia.

38.    In or about February 2010, the exact date being unknown to the Grand Jury, in Hampton, Virginia, SHAWN J. ANDREWS, sold one kilogram of cocaine to a co-conspirator known to the Grand Jury.

39.    In or about March 2010, the exact date being unknown to the Grand Jury,

CHRISTOPHER A. EASLEY withdrew $21,000 from a bank account while in De Soto, Texas.

40.    On or about  April 23, 2010, in Hampton, Virginia, SHAWN J. ANDREWS, distributed 33.3. grams of cocaine to a co-conspirator known to the Grand Jury.

41.    On or about May 7, 2010, in Hampton, Virginia, SHAWN J. ANDREWS 56.4 grams of cocaine to a co-conspirator known to the Grand Jury.

42.    On or about June 22, 2010, in Hampton, Virginia, SHAWN J. ANDREWS, arranged for a co-conspirator to deliver 252.1 grams of cocaine to another co-conspirator known to the Grand Jury.

43.    On or about June 22, 2010, in Hampton, Virginia, ANTONIO HINTON, JR., distributed 252.1 grams  of cocaine to a co-conspirator known to the Grand Jury.

(All in violation of Title 21, United States Code, Section 846.)

COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about the summer of 2008, the exact date being unknown to the Grand Jury, in

Hampton, Virginia, within the Eastern District of Virginia, the defendant herein, SHAWN   J.

ANDREWS, did unlawfully, knowingly and intentionally distribute nine ounces of cocaine, a

Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18,

United States Code Section 2).

12

<u>COUNT THREE</u>

THE GRAND JURY FURTHER CHARGES THAT:

In or about  September 2008, the exact date being unknown to the Grand Jury ,in Hampton,

Virginia, within the Eastern District of Virginia, the defendant herein, SHAWN J. ANDREWS, did

unlawfully, knowingly and intentionally distribute four and one-half ounces of cocaine, a Schedule

II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18,

United States Code Section 2).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 2009, the exact date being unknown to the Grand Jury, in Hampton,

Virginia, within the Eastern District of Virginia, the defendant herein, SHAWN J. ANDREWS, did

unlawfully, knowingly and intentionally distribute eighteen ounces of cocaine, a Schedule II narcotic

controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18,

United States Code Section 2).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

In or about June or July, 2009, the exact date being unknown to the Grand Jury, in Hampton, Virginia, within the Eastern District of Virginia, the defendant herein, SHAWN J. ANDREWS, did unlawfully, knowingly and intentionally distribute one-half kilogram of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States)

<u>COUNT SIX</u>

THE GRAND JURY FURTHER CHARGES THAT:

In or about October 2009, the exact date being unknown to the Grand Jury, in Virginia Beach, in the Eastern District of Virginia, the defendant herein,  SHAWN J. ANDREWS, did unlawfully, knowingly and intentionally possess with intent to distribute six kilograms of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18, United States Code Section 2).

16

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about February, 2010, the exact date being unknown to the Grand Jury, in Hampton,

Virginia, within the Eastern District of Virginia, the defendant herein, SHAWN J. ANDREWS, did

unlawfully, knowingly and intentionally distribute one kilogram of cocaine , a Schedule II narcotic

controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18,

United States Code Section 2).

17

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 23, 2010 in Hampton, Virginia, within the Eastern District of Virginia, the defendant herein, SHAWN J. ANDREWS, did unlawfully, knowingly and intentionally distribute 33.3 grams of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code Section 2).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 7, 2010 in Hampton, Virginia, within the Eastern District of Virginia, the defendant herein, SHAWN J. ANDREWS, did unlawfully, knowingly and intentionally distribute 56.4 grams of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code Section 2).

## COUNT TEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 22, 2010 in Hampton, Virginia, within the Eastern District of Virginia, the

defendant herein, ANTONIO HINTON, JR., did unlawfully, knowingly and intentionally distribute

252.1 grams  of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18,

United States Code Section 2).

<u>COUNT ELEVEN</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about October, 2007, the exact date being unknown to the Grand Jury, in Hampton,

Virginia, within the Eastern District of Virginia, the defendant herein, SAMMIE L. ROYAL, did

unlawfully, knowingly and intentionally possess with intent to distribute 1/2 kilogram of cocaine ,

a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B) and Title 18,

United States Code Section 2).

## COUNT TWELVE

THE GRAND JURY FURTHER CHARGES THAT:

In or about Spring 2010, the exact date being unknown to the Grand Jury, within the Eastern District of Virginia, the defendant herein, CHRISTOPHER A. EASLEY, did unlawfully, knowingly and intentionally possess with intent to distribute more than five (5) kilograms of cocaine , a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and Title 18, United States Code Section 2).

## COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES THAT:

Beginning at in or about January 1, 2002, the exact date being unknown to the Grand Jury, up until the date of this indictment, in the Eastern District of Virginia and elsewhere, SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J. DORSEY, GEORGE D. DORSEY, and CHRISTOPHER A. EASLEY, the defendants herein, did knowingly, willfully, and unlawfully combine conspire, confederate and agree with each other and other persons, both known and unknown, to knowingly, willfully, and unlawfully conduct, attempt to conduct, and cause to be conducted financial transactions affecting interstate commerce, including the purchase, lease, financing, transfer and sale of personal and investment properties, including telephones and cellular telephones, rental vehicles, vehicles, residences, rental properties, stash houses, travel expenses, and the shipment and transportation of controlled substances and the remittance of monies derived from their illegal distribution to and from the Eastern District of Virginia and elsewhere, which involved the proceeds of a specified unlawful activity, that is, felonious sale and distribution of controlled substances by the defendants named in this Indictment, and that, while conducting and attempting to conduct such financial transactions, the defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity and knowing that the financial transactions were designed in whole and in part to conceal or disguise the nature, the location, the source, the ownership, or control of the proceeds of the said specified unlawful activity.

(All in violation of Title 18, United States Code, Section 1956(h)).

23

## COUNT FOURTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 29, 2011, in the Eastern District of Virginia, SHAWN J. ANDREWS, a/k/a "H Block" the defendant herein, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate commerce, to wit, the transfer of title on a 2005 BMW VIN number ending in 25622, whose actual owner was defendant SHAWN J. ANDREWS and which was registered in the name of a nominee, for approximately $27,000 total delivery price, the transfer of title on June 29, 2011, which involved the proceeds of a specified unlawful activity, that is the possession with intent to distribute and the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying on of a specified unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction the defendant knew that the property involved in the financial transaction that is, the transfer of title on a 2005 BMW VIN number ending in 25622 for approximately $27,000 total delivery price, represented the proceeds of some form of unlawful activity.

(In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and(B)(i) and 2).

24

## FORFEITURE ALLEGATION

A.    The defendants, SHAWN J. ANDREWS, a/k/a "H Block" and ANTONIO

HINTON, JR., a/k/a/ "Black", DEMONTRE A. MORGAN, SAMMIE L. ROYAL, JOSEPH J.

DORSEY, GEORGE D. DORSEY, OSCAR GONZALEZ, CHRISTOPHER A. EASLEY, and

MICHAEL A. ALICEA, if convicted of the violation alleged in Count One of this Indictment, that

is, conspiracy to possess with the intent to distribute and to distribute Cocaine Base and Cocaine, a

Schedule II narcotic controlled substance, shall forfeit to the United States:

1.    any and all property constituting, or derived from, any proceeds the defendant

obtained, directly or indirectly, as the result of such violation; and

2.    any of the defendant's property used, or intended to be used, in any manner

or part, to commit, or to facilitate the commission of, such violation.

B.    If any property that is subject to forfeiture above (a) cannot be located upon

the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person,

(c) has been placed beyond the jurisdiction of the court, (d) has been substantially diminished in

value, or (e) has been commingled with other property that cannot be divided without difficulty, it

is the intent of the United States to seek forfeiture of any other property of the defendant, up to the

value described above, as subject to forfeiture under Title 21, United States Code, Section 853(p).

C.    The property subject to forfeiture in paragraphs A and B above includes, but

is not limited to:  proceeds from the distribution of cocaine and cocaine base and vehicles used to

distribute cocaine and cocaine base.

(In violation of Title 21, United States Code, Section 853.)

UNITED STATES v. SHAWN ANDREWS ET AL:  Criminal No. : 4:11cr104

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

_____

FOREPERSON

Neil H. MacBride
UNITED STATES ATTORNEY

By:  _____

Timothy R. Murphy
Special Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000

Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                        U.S. District Court

| Place of Offense: | | Under Seal: Yes __ No _X_ | Judge Assigned: __Davis__ |
|---|---|---|---|

City __Newport News__   Superseding Indictment                   Criminal Number: 4:11cr104~01

County/Parish _____   Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____   Arraignment Date: __March 22,2012__

Search Warrant Case Number _____

R 20/R 40 from District of _____

### Defendant Information:

Juvenile -- Yes __ No __   FBI # _____

Defendant Name: __SHAWN J. ANDREWS__   Alias Name(s) __a/k/a "H Block"__

Address: __Hampton, VA 23606__

Employment: _____

Birth date 9-1981   SS# 2281   Sex M   Def Race _____   Nationality _____   Place of Birth _____

Height _____   Weight _____   Hair _____   Eyes _____   Scars/Tattoos _____

Interpreter: __No __ Yes List language and/or dialect: _____

### Location Status:

Arrest Date _____

__ Already in Federal Custody as of _____ in _____

__ Already in State Custody   __ On Pretrial Release   __ Not in Custody

_X_ Arrest Warrant Requested   __ Fugitive   __ Summons Requested

__ Arrest Warrant Pending   _X_ Detention Sought   __ Bond _____

### Defense Counsel Information:

Name: _____   __ Court Appointed

Address: _____   __ Retained

Telephone: _____   __ Public Defender

_____   _X_ Office of Federal Public Defender should not be appointed due to conflict of interest

_____   CJA attorney _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA __Timothy R. Murphy__   Telephone No: __757/591-4000__   Bar # __Virginia Bar No. 28218__

### Complainant Agency, Address & Phone Number_ or Person & Title:

DEA - SA Felix Ferebee

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute and Distribute Cocaine and Cocaine Base | 1 | Felony |
| Set 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) | Distribution of Cocaine | 2-5, 7-10 | Felony |
| Set 3 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) and (C) | Possession with Intent to Distribute Cocaine | 6 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to launder money | 13 | |
| Set 5 | 18 USC 1956 | Money laundering | 14 | |

Case 4:11-cr-00104-MSD-LRL Document 90-1 Filed 03/14/12 Page 2 of 9 PageID# 264
Case 3:16-cr-00453-D Document 3 Filed 10/12/16 Page 28 of 54 PageID 31
REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet **U.S. District Court**

**Place of Offense:** Under Seal: Yes ___ No X̶ Judge Assigned: Davis _____

City   Newport News   Superseding Indictment   Yes   **Criminal Number:** 4:11cr104 - 02

County/Parish _____   Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____   **Arraignment Date: March 22,2012**

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile —Yes ___ No ___ FBI # _____

Alias
**Defendant Name:** Antonio Hinton Jr.   Name(s) a/k/a/ "Black" _____

**Address:** , Hampton, VA 23663 _____

**Employment:** _____

Def
Birth date 6-1981   SS# 5312   Sex M   Race Black   **Nationality** _____ **Place of Birth** _____

Height _____ Weight ___ Hair Black   Eyes Brown   Scars/Tattoos _____

Interpreter: No ___ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

X Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   X Detention Sought   ___ Bond _____

**Defense Counsel Information:**

Name: _____   ___ Court Appointed

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender

_____   X ___ interest   Office of Federal Public Defender should not be appointed due to conflict of

_____ CJA attorney _____ should not be appointed due to conflict of
___ interest

**U.S. Attorney Information:**

AUSA   Timothy R. Murphy   Telephone No:   757/591-4000   Bar # Virginia Bar No. 28218

**Complainant Agency, Address & Phone Number or Person & Title:**

DEA - SA Felix Ferebee _____

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute and Distribute Cocaine and Cocaine Base | 1 | Felony |
| Set 2 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) | Distribution of Cocaine | 10 | Felony |
| Set 3 | 18 USC 1951(h) | Conspiracy to launder money | 13 | |
| Set 4 | 21 U.S.C. § 853 | Forfeiture | | |
| Set 5 | | | | |

Case 4:11-cr-00104-MSD-LRL   Document 90-1   Filed 03/14/12   Page 3 of 9 PageID# 265
Case 3:16-cr-00453-D   Document 3   Filed 10/12/16   Page 29 of 54   PageID 32
REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                        U.S. District Court

| Place of Offense: | Under Seal:Yes ___ No X | Judge Assigned: DAVIS |
|---|---|---|

City _____ Superseding Indictment   YES _____   Criminal Number: 4:11cr104 - 03

County/Parish Newport News  Same Defendant _____   New Defendant   YES

Magistrate Judge Case Number _____   Arraignment Date: March 22,2012

Search Warrant Case Number _____

R 20/R 40 from District of _____

### Defendant Information:

Juvenile -- Yes ___ No X  FBI # _____

Defendant Name: Demontre A. Morgan          Alias Name(s) _____

Address: Desoto, TX. 75115 _____

Employment: _____

Birth date 10/1975  SS# 9706  Sex M  Race BLACK  Nationality US  Place of Birth _____

Height _____ Weight ___ Hair BLACK  Eyes BR ___  Scars/Tattoos _____

Interpreter: X No ___ Yes List language and/or dialect: _____

### Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

X  Arrest Warrant Requested   X Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   X Detention Sought   ___ Bond _____

### Defense Counsel Information:

Name: _____   ___ Court Appointed

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender

_____   Office of Federal Public Defender should not be appointed due to conflict of interest

_____   CJA attorney _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA Eric M. Hurt   Telephone No: 591-4000   Bar #35765 _____

### Complainant Agency, Address & Phone Number  or Person & Title:

ICE Eric Jones _____

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841 | Conspiracy to Distribute Drugs | 1 | felony |
| Set 2 | 18 USC 1956(h) | Conspiracy to Launder Money | 13 | felony |
| Set 3 | | | | |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                    U.S. District Court

| Place of Offense: | | Under Seal: Yes ___ No _X_ | Judge Assigned: __DAVIS__ |
|---|---|---|---|

City _____  Superseding Indictment   YES      Criminal Number: 4:11cr104 – *04*

County/Parish  Newport News   Same Defendant _____   New Defendant   YES

Magistrate Judge Case Number _____   Arraignment Date: __March 22, 2012__

Search Warrant Case Number _____

R 20/R 40 from District of _____

### Defendant Information:

Juvenile -- Yes ___ No _X_  FBI # _____

Defendant Name: SAMMIE ROYAL          Alias Name(s) _____

Address:  Newport News, VA. 23607 _____

Employment: _____

Birth date _11/1971_  SS# _-3990_      Def Sex _M_  Race  BLACK   Nationality  US      Place of Birth _____

Height _____  Weight ___  Hair BLACK   Eyes BR ___   Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _____

### Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

_X_ Arrest Warrant Requested   _X_ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   _X_ Detention Sought   ___ Bond _____

### Defense Counsel Information:

Name: _____   ___ Court Appointed

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender

_____   Office of Federal Public Defender should not be appointed due to conflict of interest

_____   CJA attorney _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA Eric M. Hurt   Telephone No: _591-4000_   Bar #35765

### Complainant Agency, Address & Phone Number  or Person & Title:

ICE Eric Jones

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841 | Conspiracy to Distribute Drugs | 1 | felony |
| Set 2 | 21 USC 841 | Possess with intent to Distribute cocaine | 2 | felony |
| Set 3 | 18 USC 1956(h) | Conspiracy to Launder Money | 3 | |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                              U.S. District Court

**Place of Offense:**                    Under Seal:Yes ___  No _X_      Judge Assigned:  **DAVIS**

City _____   Superseding Indictment    YES      Criminal Number: 4:11cr104 - 05

County/Parish  Newport News   Same Defendant _____   New Defendant    YES

Magistrate Judge Case Number _____   Arraignment Date: March 22,2012

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No _X_ FBI # _____

Defendant Name: Joseph J. Dorsey        Alias Name(s) _____

Address:  Newport News, VA. 23608 _____

Employment: _____

Birth date 05/1987   SS# 1873   Sex _M_  Def Race  BLACK   Nationality  US _____   Place of Birth _____

Height _____ Weight ___  Hair BLACK   Eyes BR ___   Scars/Tattoos _____

Interpreter:_X_ No ___ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

__ Already in Federal Custody as of _____ in _____

___Already in State Custody     ___On Pretrial Release      ___Not in Custody

_X_ Arrest Warrant Requested   _X_ Fugitive       ___Summons Requested

___Arrest Warrant Pending     _X_ Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name: _____   ____Court Appointed

Address: _____   ____Retained

Telephone: _____   ____Public Defender

_____   ____Office of Federal Public Defender should not be appointed due to conflict of interest

_____   ____CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____   Telephone No:  591-4000 _____   Bar # 35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

ICE Eric Jones _____

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|-------------------------------|----------|---------------------------|
| Set 1 | 21 U.S.C. 841 | Conspiracy to Distribute Drugs | 1 | felony |
| Set 2 | 18 USC 1956(h) | Conspiracy to Launder Money | 13 | felony |
| Set 3 |  |  |  |  |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**                Under Seal: Yes ___ No _X_   Judge Assigned: __DAVIS__

City _____   Superseding Indictment   YES ___   Criminal Number: 4:11cr104 ~06

County/Parish _Newport News_  Same Defendant _____   New Defendant   YES _____

                     Magistrate Judge Case Number _____   Arraignment Date: _22 March 2012_

                     Search Warrant Case Number _____

                     R 20/R 40 from District of _____

### Defendant Information:

Juvenile -- Yes ___ No _X_  FBI # _____

Defendant Name: _George D. Dorsey_   Alias Name(s) _____

Address: _Desoto, TX. 75115_ _____

Employment: _____

Birth date _03/1984_   SS# _-6545_   Sex _M_  Def Race _BLACK_  Nationality _US_   Place of Birth _____

Height _____ Weight ___  Hair _BLACK_  Eyes _BR_   Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _____

### Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

_X_ Arrest Warrant Requested  _X_ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   _X_ Detention Sought   ___ Bond _____

### Defense Counsel Information:

Name: _____   ___ Court Appointed

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender

                     ___ Office of Federal Public Defender should not be appointed due to conflict of interest

                     ___ CJA attorney _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA _Eric M. Hurt_   Telephone No: _591-4000_   Bar # _35765_

### Complainant Agency, Address & Phone Number or Person & Title:

ICE Eric Jones _____

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841 | Conspiracy to Distribute Drugs | 1 | felony |
| Set 2 | 18 USC 1956(h) | Conspiracy to Launder Money | 13 | felony |
| Set 3 | | | | |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                         U.S. District Court

Place of Offense: | Under Seal: Yes ___ No X | Judge Assigned: **DAVIS**

City _____ | Superseding Indictment   YES | Criminal Number: 4:11cr104 - 07

County/Parish _Newport News_ | Same Defendant _____ | New Defendant   YES _____

| Magistrate Judge Case Number _____ | Arraignment Date: _March 22,2012_
| Search Warrant Case Number _____
| R 20/R 40 from District of _____

### Defendant Information:

Juvenile -- Yes ___ No X ___ FBI # _____

Defendant Name: _Christopher A. Easley_   Alias Name(s) _____

Address: _Yorktown, VA. 23692_ _____

Employment: _____

Birth date _04/1971_   SS# _7823_   Sex _M_   Race _White_   Nationality _US_   Place of Birth _____

Height _____ Weight ___ Hair _Brown_   Eyes_____   Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _____

### Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   _x_ Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond _____

### Defense Counsel Information:

Name: _Larry Woodward_   ___ Court Appointed

Address: _____   _X_ Retained

Telephone: _____   ___ Public Defender

_____   Office of Federal Public Defender should not be appointed due to conflict of interest

_____   CJA attorney _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA _Eric M. Hurt_   Telephone No: _591-4000_   Bar # _35765_ _____

### Complainant Agency, Address & Phone Number or Person & Title:

ICE Eric Jones

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841 | Conspiracy to Distribute Drugs | 1 | felony |
| Set 2 | 21 USC 841 | Possess with intent to Distribute cocaine | 12 | felony |
| Set 3 | 18 USC 1956(h) | Conspiracy to Launder Money | 13 | |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                          **U.S. District Court**

Place of Offense:                    Under Seal:Yes ___ No X_     Judge Assigned: __DAVIS__

City _____    Superseding Indictment    YES ___    Criminal Number: 4:11cr104 ~ _08_

County/Parish _Newport News_  Same Defendant _____    New Defendant    __YES__

                                     Magistrate Judge Case Number _____    Arraignment Date: __22 March 2012__

                                     Search Warrant Case Number _____

                                     R 20/R 40 from District of _____

**Defendant Information:**

Juvenile —Yes ___ No _X__ FBI # _____

                                                    **Alias**
Defendant Name: _Oscar GONZALEZ_     **Name(s)** _____

Address: _____

Employment: _____

                                          **Def**
Birth date _05-85_   SS#_5479_    Sex _M_   Race _Hisp_    Nationality _US_       Place of Birth _____

Height _____ Weight ___  Hair _Brown_   Eyes_____    Scars/Tattoos _____

   Interpreter:_X_ No ___ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

_X_ Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

___Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name: _____    ___Court Appointed

Address: _____    ___Retained

Telephone:_____    ___Public Defender

                                     ___Office of Federal Public Defender should not be appointed due to conflict of
                                          interest

_____    ___CJA attorney _____ should not be appointed due to conflict of
                                          interest

**U.S. Attorney Information:**

AUSA _Eric M. Hurt_    Telephone No: _591-4000_    Bar #_35765_

**Complainant Agency, Address & Phone Number or Person & Title:**

ICE Eric Jones

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841 | Conspiracy to Distribute Drugs | 1 | felony |
| Set 2 | | | | |
| Set 3 | | | | |
| | | | | |
| | | | | |
| | | | | |

Case 4:11-cr-00104-MSD-LRL   Document 90-1   Filed 03/14/12   Page 9 of 9 PageID# 271
Case 3:16-cr-00453-D   Document 3   Filed 10/12/16   Page 35 of 54   PageID 38
REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                        U.S. District Court

| Place of Offense: | | Under Seal:Yes ___No _X_ | Judge Assigned: **DAVIS** |
|---|---|---|---|

City _____ Superseding Indictment   YES   **Criminal Number:** 4:11cr104 - _09_ _____

County/Parish _Newport News_ Same Defendant _____ New Defendant   YES _____

Magistrate Judge Case Number _____ **Arraignment Date:** 22 March 2012 ___

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile —Yes ___No _X_ FBI # _____

**Defendant Name:** Michael Anthony Alicea    Alias Name(s) _____

Address: _____

Employment: _____

**Def**

Birth date _12-80_   SS#_4015_ ___ Sex _M_ Race _Black_ ___ Nationality _US_ ___ Place of Birth _____

Height _____ Weight ___ Hair _Brown_   Eyes_____   Scars/Tattoos _____

   Interpreter:_X_ No ____Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

_X_ Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

___Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name: _____ ____Court Appointed

Address: _____ ____Retained

Telephone:_____ ____Public Defender

_____ ____Office of Federal Public Defender should not be appointed due to conflict of interest

_____ ____CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA _Eric M. Hurt_ ___ Telephone No: _591-4000_ ___ Bar #_35765_ _____

**Complainant Agency, Address & Phone Number or Person & Title:**

ICE Eric Jones

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. 841 | Conspiracy to Distribute Drugs | 1 | felony |
| Set 2 | | | | |
| Set 3 | | | | |

Case 4:11-cr-00104-MSD-LRL  Document 346  Filed 05/14/13  Page 1 of 6 PageID# 173
AO 245B (Rev. 12/03)(VAEB rev 2) Sheet 1 - Judgment in a Criminal Case
Case 3:16-cr-00453-D  Document 3  Filed 10/12/16  Page 36 of 54  PageID 89

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Newport News Division

MAY 1 4 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.                                          Case Number:   4:11cr104-009

OSCAR GONZALEZ                              USM Number:   43941-177

                                           Defendant's Attorney:   Shannon Hadeed
Defendant.                                                         Kirk Lechenberg

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 of the Second Superseding Indictment.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T. 21, USC Sections 846, 841(a)(1), and 841(b)(1)(A) | Conspiracy to Possess with Intent to Distribute and Distribute Cocaine and Cocaine Base | Felony | March 14, 2012 | 1 |

As pronounced on May 9, 2013, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 13th day of May, 2013.

_/s/ MSD_
Mark S. Davis
United States District Judge

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Page 2 of 6

| | |
|---|---|
| Case Number: | 4:11cr104-009 |
| Defendant's Name: | GONZALEZ, OSCAR |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SEVENTY-EIGHT (78) MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:

1) The defendant shall be incarcerated in a facility as close to Seagoville, TX as possible.

2) The defendant shall participate in the Residential Drug and Alcohol Program ("RDAP"), when and if defendant qualifies.

3) The defendant shall receive vocational training in the area of construction and computer aided drafting (CAD).

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this Judgment.


_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

Case 4:11-cr-00104-MSD-LRL Document 346 Filed 05/14/13 Page 3 of 6 PageID# 1781
AO 245B (Rev. 12/03)(VAEB rev 2) Judgment in a Criminal Case
Sheet 3 — Supervised Release
Case 3:16-cr-00453-D Document 3 Filed 10/12/16 Page 38 of 54 PageID 41
Page 3 of 6

| | |
|---|---|
| Case Number: | 4:11cr104-009 |
| Defendant's Name: | GONZALEZ, OSCAR |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS.**

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 4:11-cr-00104-MSD-LRL Document 346 Filed 05/14/13 Page 4 of 6 PageID# 1782
Case 1:16-cr-00453-D Document 3 Filed 10/12/16 Page 39 of 54 PageID 42
Page 4 of 6

AO 245B (Rev. 12/03)(VAED rev 2) Judgment in a Criminal Case
Sheet 3A – Supervised Release

| | |
|---|---|
| Case Number: | 4:11cr104-009 |
| Defendant's Name: | GONZALEZ, OSCAR |

# SPECIAL CONDITIONS OF SUPERVISION

While on supervised release pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.

2) The defendant shall waive all rights of confidentiality regarding substance abuse treatment in order to allow the release of information to the United States probation Office and authorize communication between the probation officer and the treatment provider.

3) The defendant shall pay for the support of his child in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on defendant's financial circumstances.

| Case Number: | 4:11cr104-009 |
| Defendant's Name: | GONZALEZ, OSCAR |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | <u>Count</u> | <u>Assessment</u> | <u>Fine</u> | <u>Restitution</u> |
|---|---|---|---|---|
|  | 1 | $100.00 | $0.00 | $0.00 |
| **TOTALS:** |  | **$100.00** | **$0.00** | **$0.00** |

## FINES

No fines have been imposed in this case.

Case 4:11-cr-00104-MSD-LRL Document 346 Filed 05/14/13 Page 6 of 6 PageID# 1784
AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments
Case 3:16-cr-00453-D Document 3 Filed 10/12/16 Page 41 of 54 PageID 44
Page 6 of 6

| Case Number: | 4:11cr104-009 |
|---|---|
| Defendant's Name: | GONZALEZ, OSCAR |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due in full immediately.

Any balance remaining unpaid on the special assessment at the inception of supervision, shall be paid by the defendant in installments of not less than $50 per month, until paid in full. Said payments shall commence 60 days after defendant's supervision begins.

At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment ordered and shall notify the court of any changes that may be needed to be made to the payment schedule.

Any special assessment may be subject to penalties for default and delinquency.

Since this judgment imposes a period of imprisonment, payment of criminal monetary penalties, including the special assessment, shall be due during the period of imprisonment. All criminal monetary penalty payments, including the special assessment, are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons Inmate Financial Reasonability Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

_____Eastern_____ District of _____Virginia_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   4:11cr104-9 |
| Oscar Gonzalez | ) |
| | ) USM No:   43941-177 |
| Date of Original Judgment:          5/13/2013 | ) |
| Date of Previous Amended Judgment: | ) Shannon L. Hadeed |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

FILED

SEP 16 2015

CLERK, US DISTRICT COURT
NORFOLK, VA

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          78          months **is reduced to**          the GREATER of 63 months or "Time Served"          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          05/13/2013          shall remain in effect.
**IT IS SO ORDERED.**

/s/ MSD

Order Date:   Sept. 16, 2015

Mark S. Davis
**United States District Judge**
*Judge's signature*

Effective Date:          11/02/2015
*(if different from order date)*

Honorable Mark S. Davis, United States District Judge
*Printed name and title*

# U.S. District Court
## Eastern District of Virginia - (Newport News)
## CRIMINAL DOCKET FOR CASE #: 4:11-cr-00104-MSD-LRL-9

Case title: USA v. Andrews et al                    Date Filed: 11/09/2011
Magistrate judge case number: 4:12-mj-00011        Date Terminated: 05/14/2013

Assigned to: District Judge Mark S. Davis
Referred to: Magistrate Judge Lawrence R.
Leonard

**Defendant (9)**

**Oscar Gonzalez**                    represented by   **Moody E. Stallings , Jr.**
*TERMINATED: 05/14/2013*                              Stallings & Randall, P. C.
                                                      2101 Parks Ave
                                                      Suite 801
                                                      Virginia Beach, VA 23451-4160
                                                      (757) 422-4700
                                                      Email: maggieS@valawgroup.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Shannon Lee Hadeed**
                                                      Fuller, Hadeed & Ros-Planas, P.L.L.C.
                                                      Reflections IV Building
                                                      2901 S. Lynnhaven Rd.
                                                      Suite 180
                                                      Virginia Beach, VA 23452
                                                      (757) 631-0632
                                                      Fax: (757) 491-1678
                                                      Email: hadeed@fhrlaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Kevin Edward Martingayle**
                                                      Bischoff Matingayle, PC
                                                      3704 Pacific Ave
                                                      Suite 300
                                                      Virginia Beach, VA 23451
                                                      (757) 233-9991
                                                      Fax: (757) 428-6982
                                                      Email:
                                                      martingayle@bischoffmartingayle.com

**Kirk Fredric Lechtenberger**
Kirk F. Lechtenberger, P. C.
2525 Mckinnon St
Suite 420
Dallas, TX 75201
**NA**
(214) 871-1804
Fax: (214) 871-3033
Email: kflech@sbcglobal.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Walter Bruce Dalton**
Office of the Federal Public Defender
150 Boush St
Suite 403
Norfolk, VA 23510
(757) 457-0800
Email: walter_dalton@fd.org
*TERMINATED: 03/22/2012*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| T.21:846 - Conspiracy to possess with intent to distribute and distribute cocaine and cocaine base, Sch. II; and T.21:853 - Forfeiture Allegation (1) | Amended Per Order entered 9/16/2015: The GREATER of 63 months or \"Time Served\" imprisonment; Five (5) years supervised release; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Title 21, U.S.C., Section 846 - Conspiracy to Possess with Intent to Distribute Cocaine | |

**Plaintiff**

**USA**                                                     represented by   **Amy E Cross**
United States Attorney Office (Newport
News)
721 Lake Front Commons
Suite 300
Newport News, VA 23606
**NA***
Email: amy.cross@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Timothy R. Murphy**
United States Attorney's Office
721 Lake Front Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Email: timothy.murphy2@usdoj.gov
*TERMINATED: 02/12/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Eric M. Hurt**
United States Attorney's Office
721 Lake Front Commons
Suite 300
Newport News, VA 23606
(757) 591-4000
Email: eric.hurt@usdoj.gov
*TERMINATED: 01/01/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Rebecca A Staton**
United States Attorney Office - Newport
News
Fountain Plaza Three
721 Lake Front Commons
Suite 300
Newport News, VA 23606
NA
(757) 591-4000
Email: rebecca.staton3@usdoj.gov
*TERMINATED: 02/12/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Teresa A. Wallbaum**
United States Attorney Office - Newport
News
Fountain Plaza Three
721 Lake Front Commons
Suite 300
Newport News, VA 23606
NA
Email: Teresa.wallbaum2@usdoj.gov
*TERMINATED: 02/12/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/19/2012 | 1 | MOTION to Seal Case by USA as to Oscar Gonzalez. (tjoh, ) [4:12-mj-00011] (Entered: 01/20/2012) |
| 01/19/2012 | 2 | ORDER granting 1 Motion to Seal Case as to Oscar Gonzalez (1). It is ORDERED that the criminal complaint, affidavit in support of the criminal complaint and arrest warrant are unsealed at the initial appearance of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a public record. Signed by Magistrate Judge Tommy E. Miller on 1/19/2012. (tjoh, ) [4:12-mj-00011] (Entered: 01/20/2012) |
| 01/19/2012 | 3 | CRIMINAL COMPLAINT as to Oscar Gonzalez (1). (tjoh, ) [4:12-mj-00011] (Entered: 01/20/2012) |
| 01/19/2012 | 4 | AFFIDAVIT in support of 3 Complaint by USA as to Oscar Gonzalez (tjoh, ) [4:12-mj-00011] (Entered: 01/20/2012) |
| 01/19/2012 | 5 | Arrest Warrant Issued in case as to Oscar Gonzalez. (tjoh, ) [4:12-mj-00011] (Entered: 01/20/2012) |
| 01/24/2012 |   | Arrest of Oscar Gonzalez in Northern District of Texas. (tjoh, ) [4:12-mj-00011] (Entered: 02/01/2012) |
| 02/01/2012 | 6 | Rule 5(c)(3) Documents Received as to Oscar Gonzalez (tjoh, ) [4:12-mj-00011] (Entered: 02/01/2012) |
| 02/03/2012 |   | Case unsealed as to Oscar Gonzalez (tjoh, ) [4:12-mj-00011] (Entered: 02/03/2012) |
| 02/09/2012 |   | Set Hearings as to Oscar Gonzalez: Initial Appearance set for 2/9/2012 at 02:00 PM in Norfolk Mag Courtroom 2 before Magistrate Judge F. Bradford Stillman. (lwoo) [4:12-mj-00011] (Entered: 02/09/2012) |
| 02/09/2012 | 7 | Minute Entry for proceedings held before Magistrate Judge F. Bradford Stillman:Initial Appearance as to Oscar Gonzalez held on 2/9/2012. USA appeared through Darryl Mitchell, AUSA. Defendant present in custody. Defendant advised of rights, charges and right to counsel; counsel desired. Court DIRECTED appointment of counsel. Government motion for detention. Temporary detention ORDERED. Detention Hearing and Preliminary Hearing set for 2/13/12 at 2:00 p.m. in Newport News. Defendant remanded to custody of USM. (Court Reporter FTR.) (tjoh, ) [4:12-mj-00011] (Entered: 02/09/2012) |

Case 3:16-cr-00453-D   Document 3   Filed 10/12/16   Page 47 of 54   PageID 50

| 02/09/2012 | | Set/Reset Hearings as to Oscar Gonzalez: Detention and Preliminary Hearing set for 2/13/2012 at 02:00 PM in Newport News Courtroom 2 Magistrate Judge Douglas E. Miller. (lwoo) [4:12-mj-00011] (Entered: 02/09/2012) |
|---|---|---|
| 02/09/2012 | 8 | CJA 23 Financial Affidavit by Oscar Gonzalez filed in open court. (tjoh, ) [4:12-mj-00011] (Entered: 02/09/2012) |
| 02/09/2012 | 9 | Arrest Warrant Returned Executed on 2/9/2012 in case as to Oscar Gonzalez. (tjoh, ) [4:12-mj-00011] (Entered: 02/09/2012) |
| 02/09/2012 | 10 | ORDER OF TEMPORARY DETENTION as to Oscar Gonzalez. Signed by Magistrate Judge F. Bradford Stillman on 2/9/2012 and filed in open court. (tjoh, ) [4:12-mj-00011] (Entered: 02/09/2012) |
| 02/13/2012 | 11 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller: USA appeared through Bob Bradenham, AUSA. Defendant present, in custody, and appeared through Walter Dalton, AFPD. This matter was scheduled for a preliminary and detention hearing. It was determined that the defendant had a preliminary and detention hearing in the Northern District of Texas and the matter is continued pending an indictment to be filed. The defendant is remanded to the custody of USM. (Court Reporter FTR.) (tjoh, ) [4:12-mj-00011] (Entered: 02/14/2012) |
| 03/14/2012 | 90 | SECOND SUPERSEDING INDICTMENT as to Shawn J. Andrews (1) Counts 1ss, 2ss-3ss, 4ss-5ss, 6ss, 7ss, 8ss-9ss, 13ss, 14ss, Antonio Hinton, Jr. (2) Counts 1ss, 10ss, 13ss, Demontre A. Morgan (3) Counts 1s, 13s, Sammie L. Royal (4) Counts 1s, 11s, 13s, Joseph J. Dorsey (5) Counts 1s, 13s, George D. Dorsey (6) Counts 1s, 13s, Christopher A. Easley (7) Counts 1s, 12s, 13s, Oscar Gonzalez (9) Count 1 and Michael A. Alicea (10) Count 1. On motion of the Government arrest warrant to be issued for Michael A. Alicea. All other defendants are in custody. Arraignment set for 3/22/2012 at 2:30 p.m. in Newport News. (Attachments: # 1 Criminal Cover Sheets) (mnew) (Entered: 03/19/2012) |
| 03/20/2012 | 110 | NOTICE OF ATTORNEY APPEARANCE Eric M. Hurt appearing for USA. (Hurt, Eric) (Entered: 03/20/2012) |
| 03/20/2012 | | Set/Reset Deadlines/Hearings as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Oscar Gonzalez: Arraignment set for 3/22/2012 at 02:30 PM in Newport News Courtroom 2 before Magistrate Judge Tommy E. Miller. (afor, ) (Entered: 03/20/2012) |
| 03/22/2012 | 113 | ORDER OF SUBSTITUTION as to Oscar Gonzalez (signed by Magistrate Judge Tommy E. Miller on 3/21/12) & filed on 3/22/12. (mnew) (Entered: 03/22/2012) |
| 03/22/2012 | 114 | First Motion to appear Pro Hac Vice by Kirk Lechtenberger and Certification of Local Counsel Moody Stallings and Shannon Hadeed by Oscar Gonzalez. (Hadeed, Shannon) (Main Document 114 replaced on 3/28/2012) (tlev, ). (Entered: 03/22/2012) |
| 03/22/2012 | 121 | Minute Entry for proceedings held before Magistrate Judge Tommy E. Miller: Came on for arraignment on 3/22/2012. USA appeared through: Timothy Murphy, SAUSA. No appearance by counsel for the dft. Arraignment continued to 3/26/12 at 2:00 p.m. in Newport News. (Court Reporter FTR.) (mnew) (Main Document 121 replaced on 3/23/2012) (tjoh, ). Modified on 3/23/2012 to correct arraignment date(tjoh, ). (Entered: 03/23/2012) |

| 03/23/2012 | | Set/Reset Deadlines/Hearings as to Oscar Gonzalez: Arraignment set for 4/2/2012 at 02:00 PM in Newport News Courtroom 2 before Magistrate Judge Tommy E. Miller. (afor, ) (Entered: 03/23/2012) |
|---|---|---|
| 03/23/2012 | | Set/Reset Deadlines/Hearings as to Oscar Gonzalez: Arraignment set for 3/26/2012 at 02:00 PM in Newport News Courtroom 2 before Magistrate Judge Douglas E. Miller. (afor, ) (Entered: 03/23/2012) |
| 03/26/2012 | 127 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller: Arraignment as to Oscar Gonzalez (9) Count 1 held on 3/26/2012. USA appeared through: Eric Hurt, AUSA. Dft. present in custody appeared through: Shannon Hadeed, ret. Dft. waived formal arraignment. Dft. entered plea of not guilty. Jury demanded. Motions due by 4/16/2012. Jury Trial set for 5/30/2012 at 10:00 AM in Newport News Courtroom 1 before District Judge Mark S. Davis. Dft. wishes to be present at preliminary hearings. Dft. remanded.(Court Reporter FTR.) (mnew) (Entered: 03/26/2012) |
| 03/29/2012 | 138 | ORDER granting 114 Motion for Pro hac vice as to Oscar Gonzalez (9)adding Kirk Lechtenberger as pro hac counsel.. Signed by District Judge Mark S. Davis on 3/29/12. (arou) (Entered: 03/30/2012) |
| 04/16/2012 | 149 | First MOTION for Extension *of Time Within Which to File Pre-Trial Motions* by Oscar Gonzalez. (Attachments: # 1 Proposed Order to extend pre-trial motions deadline)(Hadeed, Shannon) (Entered: 04/16/2012) |
| 04/18/2012 | 151 | ORDER granting 149 Motion for Extension of Time to File Pre-Trial Motions and the time for filing pre-trial motions is extended to April 30, 2012 as to Oscar Gonzalez (9) (signed by Magistrate Judge Tommy E. Miller on 4/18/12) & filed on 4/18/12. (mnew) (Entered: 04/18/2012) |
| 05/10/2012 | 153 | ORDER deferring ruling on 152 Motion to Continue as to Sammie L. Royal (4). Counsel are DIRECTED to file a response to this continuance on or before Monday, May 14, 2012 at 5:00 p.m. Signed by District Judge Mark S. Davis on 05/10/2012. (Davis, Mark) (Entered: 05/10/2012) |
| 05/14/2012 | 156 | RESPONSE to Motion by Michael A. Alicea as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson, Oscar Gonzalez, Michael A. Alicea re 152 MOTION to Continue (West, Gary) (Entered: 05/14/2012) |
| 05/14/2012 | 157 | Reply to Motion by Oscar Gonzalez as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson, Oscar Gonzalez, Michael A. Alicea re 152 MOTION to Continue (Hadeed, Shannon) (Entered: 05/14/2012) |
| 05/15/2012 | 161 | ORDER granting 160 Motion to Continue. Counsel are DIRECTED to contact the Court immediately to reschedule this case for trial. Signed by District Judge Mark S. Davis on 05/15/2012. (Davis, Mark) (Entered: 05/15/2012) |
| 05/15/2012 | | Terminated the 5/30/12 Jury Trial per Judge Davis' Order on 5/15/12. Counsel directed to contact the Court to reschedule this case for Trial as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson and Oscar Gonzalez, Michael A. Alicea. (mnew) (Entered: 05/16/2012) |

Case 3:16-cr-00453-D   Document 3   Filed 10/12/16   Page 49 of 54   PageID 52

| 05/23/2012 | 167 | MOTION for Speedy Trial *Extension and Designation of Complex Litigation* by USA as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson, Oscar Gonzalez, Michael A. Alicea. (Hurt, Eric) (Entered: 05/23/2012) |
|---|---|---|
| 06/01/2012 | 171 | MOTION to Sever Defendant by Oscar Gonzalez. (Martingayle, Kevin) (Entered: 06/01/2012) |
| 06/01/2012 | 172 | RESPONSE in Opposition by Oscar Gonzalez re 167 MOTION for Speedy Trial *Extension and Designation of Complex Litigation* (Martingayle, Kevin) (Entered: 06/01/2012) |
| 06/04/2012 | 173 | RESPONSE in Opposition by USA as to Oscar Gonzalez re 171 MOTION to Sever Defendant *and for Speedy Trial* (Hurt, Eric) (Entered: 06/04/2012) |
| 06/06/2012 | | Motion Hearing set as to Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea 167 MOTION for Speedy Trial *Extension and Designation of Complex Litigation*, 169 MOTION to Withdraw as Attorney by Robert F. Hagans., 171 MOTION to Sever Defendant for 6/13/2012 at 04:00 PM in Newport News Courtroom 1 before District Judge Mark S. Davis. (vwar) (Entered: 06/06/2012) |
| 06/11/2012 | | Hearing reset as to Demontre A. Morgan, Sammie L. Royal, Joseph D. Dorsey, George D. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea 167 MOTION for Speedy Trial *Extension and Designation of Complex Litigation*, 169 MOTION to Withdraw as Attorney by Robert F. Hagans, 171 MOTION to Sever Defendant for 6/13/2012 at 04:00 PM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 06/11/2012) |
| 06/13/2012 | 177 | MOTION HEARING held before District Judge Mark S. Davis: Paul McManus, OCR. Eric Hurt, present on behalf of the Government. Robert Hagan, present on behalf of Demontre A. Morgan. Tyronne Johnson, present on behalf of Sammie Royal. George Yates, present on behalf of Joseph Dorsey. Charles Lewis, present on behalf of George Dorsey. Larry Woodward, present on behalf of Christopher A. Easley. Shannon Hadeed and Moody Stallings, present on behalf of Oscar Gonzalez. Gary West, present on behalf of Michael A. Alicea. Defendants Sammie Royal, George Dorsey and Oscar Gonzalez, present in custody. Defendants Demontre Morgan and Joseph Dorsey, present on bond.Motion Hearing as to Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea held on 6/13/2012 re 167 MOTION for Speedy Trial *Extension and Designation of Complex Litigation, 169 MOTION to Withdraw as Attorney by Robert F. Hagans. 171 MOTION to Sever Defendant filed by Oscar Gonzalez. Argument of counsel heard. Court FINDS this case to be designated complex, motion 167 is GRANTED; and in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived. Court DENIES 171 Motion to Sever. Court GRANTED 169 Motion to Withdraw. Court DIRECTS Clerks Office to appoint counsel for Demontre A. Morgan. The Clerks Office is also to let Mr. Morgan know which attorney was appointed to represent him in these proceedings.The new trial date for this case is 10/23/12 at 10:00 a.m. in Newport News. Motions cut-off date is 8/24/12. Defendants Royal, G. Dorsey and Gonzalez were remanded to custody of USM. Defendants Demontre Morgan and J. Dorsey remain on bond. Court adjourned. COURT HOURS: 4:00 p.m. - 5:10 p.m. (vwar) (Entered: 06/14/2012)* |

| 06/13/2012 | | Jury Trial reset as to Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea for 10/23/2012 at 10:00 AM in Newport News Courtroom 1 before District Judge Mark S. Davis. (vwar) (Entered: 06/15/2012) |
| --- | --- | --- |
| 06/13/2012 | | Motions/Discovery deadline as to Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea 8/24/2012. (vwar) (Entered: 06/15/2012) |
| 09/20/2012 | 199 | One (1) Subpoena issued. (mnew) (Entered: 09/21/2012) |
| 09/27/2012 | 200 | Fifteen (15) Blank Subpoenas issued (Attachment: # 1 Memorandum).(mnew) (Entered: 09/28/2012) |
| 09/28/2012 | 201 | Petition and Order for Writ of Habeas Corpus ad Testificandum in the case Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, Christopher A. Easley, Oscar Gonzalez and Michael A. Alicea (signed by Magistrate Judge Tommy E. Miller on 9/28/12) & filed on 9/28/12. (mnew) (Entered: 09/28/2012) |
| 09/28/2012 | 202 | Writ of Habeas Corpus ad Testificandum Issued as to Kevin Sargent for 10/23/12 at 10:00 a.m. in case as to Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea. (mnew) (Entered: 09/28/2012) |
| 10/04/2012 | | Case as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson, Oscar Gonzalez, Michael A. Alicea Reassigned to Magistrate Judge Lawrence R. Leonard. Magistrate Judge F. Bradford Stillman no longer assigned to the case. (tjoh, ) (Entered: 10/04/2012) |
| 10/15/2012 | 209 | RESPONSE to Motion by USA as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson, Oscar Gonzalez, Michael A. Alicea re 205 MOTION to Continue (Hurt, Eric) (Entered: 10/15/2012) |
| 10/15/2012 | 210 | NOTICE OF ATTORNEY APPEARANCE Teresa A. Wallbaum appearing for USA. (Wallbaum, Teresa) (Entered: 10/15/2012) |
| 10/15/2012 | 211 | RESPONSE to Motion by Demontre A. Morgan as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson, Oscar Gonzalez, Michael A. Alicea re 205 MOTION to Continue *Demontre Morgan Response to Continuance* (Hobbs, Nicholas) (Entered: 10/15/2012) |
| 10/15/2012 | 219 | Ten (10) Blank Subpoenas issued (Attachment: # 1 Memorandum).(mnew) (Entered: 10/17/2012) |
| 10/15/2012 | 220 | One (1) Subpoena issued. (mnew) (Entered: 10/17/2012) |
| 10/16/2012 | 213 | Reply to Motion by Michael A. Alicea as to Shawn J. Andrews, Antonio Hinton, Jr, Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, George D. Dorsey, Christopher A. Easley, Kenneth Lee Ferguson, Oscar Gonzalez, Michael A. Alicea re 205 MOTION to Continue (West, Gary) (Entered: 10/16/2012) |

Case 3:16-cr-00453-D   Document 3   Filed 10/12/16   Page 51 of 54   PageID 54

| 10/16/2012 | 214 | ORDER granting 205 Motion to Continue the Trial and Counsel are ordered to contact the Clerk by Friday, October 19, 2012 at noon regarding the setting of a new trial date (Signed by District Judge Mark S. Davis on 10/16/12) & filed on 10/16/12. (mnew) (Entered: 10/16/2012) |
| --- | --- | --- |
| 10/16/2012 | 216 | First MOTION for Leave to File *Response to Motion to Continue* by Oscar Gonzalez. (Hadeed, Shannon) (Entered: 10/16/2012) |
| 10/18/2012 | 221 | First MOTION to Revoke *or Reconsider Detention Order* by Oscar Gonzalez. (Hadeed, Shannon) (Entered: 10/18/2012) |
| 10/18/2012 | 222 | ORDER denying 216 Motion for Leave to File Late Response to Co-defendant Sammie L. Royal's Motion for Continuance as to Oscar Gonzalez (9) (signed by District Judge Mark S. Davis on 10/18/12) & filed on 10/18/12. (mnew) (Entered: 10/18/2012) |
| 10/19/2012 | | Jury Trial reset as to Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea for 2/5/2013 at 10:00 AM in Newport News Courtroom 1 before District Judge Mark S. Davis. (vwar) (Entered: 10/19/2012) |
| 10/19/2012 | 223 | ORDER allowing counsel for defendant to bring in certain electronic devices into the courtroom during trial; and allowing counsel to bring this equipment in on 10/22/12 for purposes of testing its capatibility with the Court's evidence system. Signed by District Judge Mark S. Davis and filed on 10/19/12. (vwar) (Entered: 10/19/2012) |
| 11/01/2012 | 227 | RESPONSE to Motion by USA as to Oscar Gonzalez re 221 First MOTION to Revoke *or Reconsider Detention Order* (Attachments: # 1 Exhibit)(Wallbaum, Teresa) (Entered: 11/01/2012) |
| 11/08/2012 | 228 | REPLY TO RESPONSE to by Oscar Gonzalez (Hadeed, Shannon) (Entered: 11/08/2012) |
| 11/13/2012 | 229 | ORDER denying 221 Motion to Revoke or Reconsider Detention Order and the Court ORDERS Defendant to be DETAINED pending trial as to Oscar Gonzalez (9)(signed by District Judge Mark S. Davis on 11/9/12) & filed on 11/13/12. (mnew) (Entered: 11/13/2012) |
| 01/03/2013 | 241 | Two Subpoenas issued (rsim, ) (Entered: 01/04/2013) |
| 01/04/2013 | 242 | Ten (10) Blank Subpoenas issued (Attachment: # 1 Memorandum).(mnew) (Entered: 01/07/2013) |
| 01/22/2013 | 245 | Six (6) Blank Subpoenas issued (Attachment: # 1 Memorandum).(mnew) (Entered: 01/23/2013) |
| 01/22/2013 | 246 | Two (2) Subpoenas issued. (mnew) (Entered: 01/23/2013) |
| 01/28/2013 | | Jury Trial reset as to Oscar Gonzalez for 2/5/2013 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 01/28/2013) |
| 01/29/2013 | 258 | Proposed Jury Instructions by USA as to Oscar Gonzalez (Hurt, Eric) (Entered: 01/29/2013) |
| 01/29/2013 | 259 | First MOTION in Limine by Oscar Gonzalez. (Hadeed, Shannon) (Entered: 01/29/2013) |

Case 3:16-cr-00453-D    Document 3    Filed 10/12/16    Page 52 of 54    PageID 55

| | | |
|---|---|---|
| 01/30/2013 | 266 | NOTICE OF ATTORNEY APPEARANCE Rebecca A Staton appearing for USA. (Staton, Rebecca) (Entered: 01/30/2013) |
| 01/30/2013 | 267 | ORDER directing the United States to respond to this motion by12:00 p.m. on Friday, February 1, 2013. Defendant shall fileany reply brief by 10:00 a.m. on Monday, February 4, 2013.. Signed by District Judge Mark S. Davis and filed on 1/30/2013. (rsim, ) (Entered: 01/30/2013) |
| 01/31/2013 | 274 | Proposed Voir Dire by Oscar Gonzalez (Hadeed, Shannon) (Entered: 01/31/2013) |
| 02/01/2013 | 275 | RESPONSE in Opposition by USA as to Oscar Gonzalez re 259 First MOTION in Limine (Hurt, Eric) (Entered: 02/01/2013) |
| 02/01/2013 | 282 | Proposed Jury Instructions by Oscar Gonzalez (Hadeed, Shannon) (Entered: 02/01/2013) |
| 02/04/2013 | 283 | ORDER denying the Defendant's 259 First Motion in Limine as to Oscar Gonzalez (9) (signed by District Judge Mark S. Davis on 2/4/13) & filed on 2/4/13. (mnew) (Entered: 02/04/2013) |
| 02/05/2013 | 290 | PLEA AGREEMENT HEARING held before District Judge Mark S. Davis: Paul McManus, OCR. Eric Hurt, AUSA, Rebecca Staton, SAUSA, Shannon Hadeed and Kirk Lechtenberg, retained counsel, present; defendant present in custody. Plea Agreement Hearing as to Oscar Gonzalez held on 2/5/2013, Plea entered by Oscar Gonzalez (9) Guilty: Count 1. Sentencing set for 5/9/2013 at 02:30 PM in Newport News Courtroom 1 before District Judge Mark S. Davis. Deft. remanded to custody of USM. Court adjourned.(vwar) (Entered: 02/05/2013) |
| 02/05/2013 | 291 | Statement of Facts as to Oscar Gonzalez (vwar) (Entered: 02/05/2013) |
| 02/05/2013 | 292 | Sentencing Procedures Order as to Oscar Gonzalez. Signed by District Judge Mark S. Davis and filed on 2/5/13. (vwar) (Entered: 02/05/2013) |
| 04/01/2013 | 300 | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED - government and defense counsel) *Addendum due April 30,2013.* as to Oscar Gonzalez. Objections to PSI due April 17, 2013. (snyder, ellen) (Entered: 04/01/2013) |
| 04/30/2013 | 317 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Oscar Gonzalez. (snyder, ellen) (Entered: 04/30/2013) |
| 05/02/2013 | 321 | Position on Sentencing by Oscar Gonzalez (Hadeed, Shannon) (Entered: 05/02/2013) |
| 05/07/2013 | 330 | MOTION for Acceptance of Responsibility by USA as to Oscar Gonzalez. (Hurt, Eric) (Entered: 05/07/2013) |
| 05/07/2013 | 331 | Position on Sentencing by USA as to Oscar Gonzalez (Hurt, Eric) (Entered: 05/07/2013) |
| 05/07/2013 | | Sentencing reset as to Oscar Gonzalez for 5/9/2013 at 02:00 PM in Newport News Courtroom 1 before District Judge Mark S. Davis. (vwar) (Entered: 05/07/2013) |
| 05/08/2013 | 340 | Two (2) Executed Subpoena Returned as to Demontre A. Morgan, Sammie L. Royal, Joseph J. Dorsey, Christopher A. Easley, Oscar Gonzalez, Michael A. Alicea. (mnew) (Entered: 05/09/2013) |

| 05/09/2013 | 344 | SENTENCING held before District Judge Mark S. Davis: Paul McManus, OCR. Eric Hurt, AUSA, Shannon Hadeed and Kirk Lechenberg, retained counsel, present; deft. present in custody. Sentencing held on 5/9/2013 for Oscar Gonzalez (9), Count(s) 1. Objections heard and rulings made. Seventy-Eight (78) months imprisonment; Five (5) years supervised release; $100 special assessment. Deft. advised of his right of appeal. Deft. remanded to custody of USM. Court adjourned. (vwar) (Entered: 05/10/2013) |
|---|---|---|
| 05/14/2013 | 346 | JUDGMENT as to Oscar Gonzalez (9), Count 1, Seventy-Eight (78) months imprisonment; Five (5) years supervised release; $100 special assessment (Signed by District Judge Mark S. Davis on 5/13/13) & filed on 5/14/13. (mnew) (Entered: 05/14/2013) |
| 05/14/2013 | 347 | Sealed Statement of Reasons as to Oscar Gonzalez (signed by District Judge Mark S. Davis on 5/13/13). (mnew) (Entered: 05/14/2013) |
| 05/16/2013 | 350 | PRESENTENCE INVESTIGATION REPORT (Final Presentence Investigation Report) (SEALED - government and defense counsel) as to Oscar Gonzalez. (snyder, ellen) (Entered: 05/16/2013) |
| 03/10/2015 | 403 | MOTION to Reduce Sentence - USSC Amendment by Oscar Gonzalez. (Attachments: # 1 Proposed Order)(Hadeed, Shannon) (Entered: 03/10/2015) |
| 04/20/2015 | 417 | ORDER TO RESPOND re USSC Amendment, ORDER Probation Office to recalculate the guidelines RE USSC Amendment for Oscar Gonzalez (9): The United States Attorney is DIRECTED to file a response within forty (40) days of the date of this Order, indicating whether it intends to oppose the motion. If the United States files a response in opposition to the motion, any reply by the Defendant shall be filed within twenty (20) days of said response. The United States Probation Office is DIRECTED, within thirty (30) days from the date of this Order, to provide the Court, the Defendant, and the United States Attorney, with the Defendant's original Offense Level, Criminal History Category, and Guidelines Range, as determined at sentencing and set forth in the Statement of Reasons; to provide the Court with the Defendant's current projected release date; and to recalculate the Defendant's Guidelines Range based on Amendment 782. Copy of Order mailed to the Deft, the US Attorney at Newport News, and US Probation Office. Signed by District Judge Mark S. Davis on 4/20/2015. (bgra, ) (Entered: 04/21/2015) |
| 04/22/2015 | 418 | USSC Drug Amendment Presentence Investigation Report (USSC Drug Amendment Presentence Investigation Report) (SEALED - government and defense counsel) as to Oscar Gonzalez. (wade, denise) (Entered: 04/22/2015) |
| 05/06/2015 | 419 | USSC Drug Amendment Work Sheet (Sealed Document) as to Oscar Gonzalez (wade, denise) (Entered: 05/06/2015) |
| 05/26/2015 | 429 | RESPONSE to Motion by USA as to Oscar Gonzalez re 403 MOTION to Reduce Sentence - USSC Amendment (Cross, Amy) (Entered: 05/26/2015) |
| 09/16/2015 | 444 | ORDER granting 403 Motion to Reduce Sentence - USSC Amendment for 1 as to Oscar Gonzalez (9). Copy mailed to the Defendant and provided to counsel of record.Signed by District Judge Mark S. Davis on 9/16/2015. (bgra) (Entered: 09/18/2015) |

**PACER Service Center**

Case 3:16-cr-00453-D   Document 3   Filed 10/12/16   Page 54 of 54   PageID 57

| Transaction Receipt | | | |
|---|---|---|---|
| 10/12/2016 09:11:41 | | | |
| **PACER Login:** | libraryus4502:2653874:0 | **Client Code:** | null |
| **Description:** | Docket Report | **Search Criteria:** | 4:11-cr-00104-MSD-LRL |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |